UNITED STATES DISTRICT COURT

For the Western District of Michigan

**FILED - MQ**
January 9, 2026 10:07 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC  SCANNED BY: ___

| | | | |
|---|---|---|---|
| Scarlett Lopez | *plaintiff* | case No. | |
| v. | | | **2:26-cv-8** |
| Dakota Ramseur | *defendant* | Complaint | **Paul L. Maloney** United States District Judge |

1. Upon information and belief, Defendant conspired with individuals in 101013/2022 by having ex parte communication,

2. Defendant is in violation of due process,

3. This Court has jurisdiction under federal law.

4. Plaintiff demands jury on all issues and with compensation not lower than $500,000.

## VERIFICATION

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

*[signature]*

Executed on: 1/1/26

Scarlett Lopez

225 Sander St,

Conway, AR 72032

MID-ISLAND NY 117

2 JAN 2026   PM 4   L



US District Court Clerk's Office

202 W Washington St

PO Box 698

Marquette MI 49855

49855-069898