UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCARLETT LOPEZ,

    Plaintiff,

v.

                            Case No. 2:26-cv-8

                            HONORABLE PAUL L. MALONEY

DAKOTA RAMSEUR,

    Defendant.

_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: February 9, 2026                                                /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                          United States District Judge